DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIRECTV, INC., a California corporation,

        Plaintiff,

v.

SALVATORE LOMBARDI,

        Defendant.

No. 03 CIV 5910 (ARR) / (RML)

STIPULATION AND ORDER OF PERMANENT INJUNCTION

**[PROPOSED]**

It is hereby stipulated by and among the parties that the following Permanent Injunction be entered by the Court without further notice or process:

1.    Defendant SALVATORE LOMBARDI (the "Defendant"), and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

    (a)    receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

    (b)    designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing, selling, or using any devices or equipment (including, by way of example, loaders, bootloaders,

unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

    (c)    advertising the sale of any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

    (d)    reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without limitation the encryption and security controls for the DIRECTV satellite system.

2.    This Permanent Injunction shall apply to the Defendant's activities worldwide, and shall apply with the same force and effect to the DIRECTV Latin America (also known as Galaxy Latin America) satellite system, and to any other direct broadcast satellite system or related business in which DIRECTV has a financial or other interest, now or in the future.

3.    The Defendant, and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

      (a)    investing or holding any financial interest in any enterprise which the Defendant knows is now, or planning in the future, to engage in any of the activities prohibited by this Permanent Injunction; or

      (b)    knowingly allowing any persons or entities which he controls, either directly or indirectly, to engage in any of the activities prohibited by this Permanent Injunction.

4.    In the event that the Defendant becomes aware that an enterprise in which he has invested or holds any financial interest is engaged in any of the activities prohibited by this Permanent Injunction, the Defendant agrees to immediately divest himself of any such investment or financial interest and to promptly notify DIRECTV of the same.

5.    The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Permanent Injunction. The Defendant and DIRECTV specifically consent to personal jurisdiction and venue in the United States District Court, for the Eastern District of New York.

///
///
///
///
///

6.  Upon a finding and determination by a court of competent jurisdiction that the defendant has violated any the provisions of this Permanent Injunction, the Court shall be authorized to award damages to DIRECTV for losses sustained prior to the date of this Permanent Injunction, in addition to any other damages or other relief authorized by law.

DATED: _____, 2006.

_____
Honorable Allyne R. Ross
United States District Court Judge

Presented by:
**GARVEY SCHUBERT BARER**

By: _____  By: _____
Mario Ajeta, Esq. (MA2228)         Karen M. Emma, Esq. (     )
Daniel Jacobson (DJ-7086)          Attorney for Defendant Salvatore Lombardi
Attorneys for Plaintiff DIRECTV, Inc.   1245 72nd Street
599 Broadway, 8th Floor            Brooklyn, New York 11228
New York, New York 10012           (718) 748-0054
(212) 431-8700

Of Counsel
YARMUTH WILSDON CALFO PLLC

John Jamnback
PO Box 1110
Seattle, Washington 98111-1110
(206) 654-4125
(206) 654-4128 (fax)

Attorneys for Plaintiff DIRECTV, Inc

4

**VERIFICATION BY DEFENDANT**

STATE OF NEW YORK        )
                         )
COUNTY OF __Kings__      )

      I, SALVATORE LOMBARDI, being first duly sworn, on oath, depose and say that I am one of the defendants named herein, have read the foregoing Stipulation and Permanent Injunction, understand the terms thereof and, after the opportunity to consult with legal counsel, do freely consent to the entry of the same by this Court.

_____
SALVATORE LOMBARDI

SUBSCRIBED AND SWORN TO before me this __22nd__ day of __April__, 200_4_.

_____Karen M. Emma_____

Name: __KAREN M. EMMA__
NOTARY PUBLIC in and for the State of
__New York__ residing at:
__1245 72nd Street, Brooklyn, NY 11228__

My Commission Expires: __6/30/06__

KAREN EMMA
... of New York
...
Commission Expires ... 30, 2006
JM

5